**2**

Douglas B. Jacobs 084153
JACOBS, ANDERSON, POTTER & CHAPLIN
20 Independence Circle
Chico, CA 95973
Phone: 530-342-6144
Fax: 530-342-6310

Attorney for Defendant,
William Matthew Dugo

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br>**WILLIAM MATTHEW DUGO,**<br><br>            Debtor.<br>--------------------------------------------------------<br>**BANK OF STOCKTON,**<br><br>    Plaintiff,<br><br>     v.<br><br>**WILLIAM MATTHEW DUGO,**<br><br>     Defendant. | **District Court Case No.:**<br>**2:15-CV-01989-WBS**<br><br>**2:15-CV-02539-WBS**<br><br>**Bankruptcy Case No:**<br>**14-22435-A-7**<br><br>**Chapter 7**<br><br>**Adversary: 14-02152**<br><br>**ORDER ON REQUEST FOR**<br>**TELEPHONIC APPEARANCE**<br><br>**DATE:** 4/25/16<br><br>**TIME:** 1:30 p.m.<br><br>**DEPARTMENT:** 5 |

//

//

//

[PROPOSED] ORDER ON REQUEST FOR TELEPHONIC APPEARANCE

- 1 -

After reviewing the request for telephonic appearance, and good cause appearing therefore, the request is granted. On the day of the telephonic appearance, the attorney, Douglas B. Jacobs, can be reached at (530) 342-6144. The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

Dated:  April 14, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE