UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| In re WILLIAM MATTHEW DUGO,<br><br>       Debtor. | CIV. NO. 2:15-1989 WBS;<br>CIV. NO. 2:15-2539 WBS<br><br>BANKR. ADVERSARY PROCEEDING NO. 14-2152-A |
| BANK OF STOCKTON,<br><br>       Appellant,<br><br>   v.<br><br>WILLIAM MATTHEW DUGO,<br><br>       Appellee. | |

----oo0oo----

STATUS (PRETRIAL SCHEDULING) ORDER

A Status (Pretrial Scheduling) Conference was held in this matter on April 25, 2016. Timothy Nally appeared as counsel for appellant, Bank of Stockton, and Douglas Jacobs appeared as counsel for appellee, William Matthew Dugo. Following the conference, the court makes the following findings and orders:

1

        Pursuant to Federal Rule of Civil Procedure 42(a), "[i]f actions before the court involve a common question of law or fact, the court may . . . consolidate the actions." Fed. R. Civ. P. 42(a). The district court has broad discretion under this rule to consolidate cases pending in the same district. <u>Investors Research Co. v. U.S. Dist. Ct. for Cent. Dist. Cal.</u>, 877 F.2d 777, 777 (9th Cir. 1989). The parties agree that the appeals in civil case numbers 2:15-2539 and 2:15-1989 should be consolidated. The two cases involve appeals from judgments in the same bankruptcy court adversary proceeding. Consolidating the cases will likely increase convenience and reduce expenses for both the court and the parties. Accordingly, civil case numbers 2:15-2539 and 2:15-1989 are hereby ordered consolidated.

        Appellant will file its consolidated appellate brief on May 25, 2016. Appellee will file his opposition on June 27, 2016. Appellant will file its reply brief on July 11, 2016.

        The hearing on the consolidated appeals is set for August 1, 2016 at 2:00 p.m. in Courtroom No. 5.

Dated: April 29, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE